## IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN TIMOTHY GANT,
Appellant,

vs.

ISIDRO BACA, WARDEN; JAMES
DZURENDA, DIRECTOR; DWAYNE
DEAL; OMD; AND THE STATE OF
NEVADA,
Respondents.

No. 76074



FILED

JUL 0 6 2018



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

On June 6, 2018, appellant filed a notice of appeal. Appellant's notice of appeal fails to designate the specific order or judgment being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the judgment of conviction entered on June 2, 2017, the notice of appeal was untimely filed. *See* NRAP 4(b)(1)(A) (prescribing a 30-day appeal period from the entry of the judgment of conviction). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-25762

cc: Hon. Elliott A. Sattler, District Judge
Steven Timothy Gant
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk